IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BERNARD MATHIS**                                                                                           **PETITIONER**

**v.**                                            **No. 3:20CV213-NBB-RP**

**RONALD WAYNE KING**                                                   **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 23rd day of August, 2021.

                                                           /s/ Neal Biggers
                                                           NEAL B. BIGGERS
                                                           SENIOR U. S. DISTRICT JUDGE